# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| EDWARD EARL TILLER | CASE NUMBER: 1:06mj17-VPM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Edward Earl Tiller_____
                                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possessing with intent to distribute cocaine and cocaine base,
a Schedule II Controlled Substance,

in violation of Title ____21____ United States Code, Section(s) _____841(a)(1)_____

VANZETTA PENN MCPHERSON
Name of Issuing Officer

_/s/ Vanzetta Penn McPherson_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

February 10, 2006   Montgomery, Alabama
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest