COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√ INITIAL APPEARANCE  DATE:  2/13/06
❏ BOND HEARING
❏ DETENTION HEARING  DIGITAL Recording : 4:01 - 4:20
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON      DEPUTY CLERK: Wanda Robinson
CASE NO. 1:06mj17-VPM            DEFENDANT NAME: Edward Earl Tiller
AUSA:  A. Clark Morris            DEFT. ATTY: Paul Cooper
                      Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO:  Ron Thweatt            USPO: _____

Defendant ( ) does; (√) does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES     Name:

| | |
|---|---|
| √ | Date of Arrest **2/13/06** or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| √ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing ❏ held; √ set for 2/15/06 @ 1:30 p.m. |
| √ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | BOND EXECUTED (M/D AL charges) $. |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏ HELD. Plea of NOT GUILTY entered. ❏ Set for |
| ❏ | DISCOVERY DISCLOSURE DATE: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: |