IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO.1:06-mj-17-VPM |
| v. | ) | |
| | ) | |
| EDWARD EARL TILLER | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney

and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this

Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from

their custody EDWARD EARL TILLER, into the custody of Special Agents Devin Whittle and/or Bob

Greenwood, Drug Enforcement Administration, on February 24, 2006, through July 31, 2006, so that said

agents can take such prisoner into custody for the purpose of transporting him to the Office of the United

States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Devin Whittle and/or Bob

Greenwood to return said prisoner into the custody of the United States Marshals Service when they have

finished with him.

Respectfully submitted this the 22nd day of February, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. <u>1:06-mj-17-VPM</u> |
| v. | ) | |
| | ) | |
| EDWARD EARL TILLER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to the following: Paul R. Cooper, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov