```
         IN THE UNITED STATES DISTRICT COURT FOR
            THE MIDDLE DISTRICT OF ALABAMA
                       DIVISION
```

UNITED STATES OF AMERICA          *

v.                                *     CR. NO. 1:06-mj-17-VPM

EDWARD EARL TILLER,               *

    Defendant.                    *

## NOTICE OF APPEARANCE

    Comes now Paul R. Cooper and gives notice of his appearance of counsel for Edward Earl Tiller in the above styled case.

    Done this February 23, 2006.

```
                    s/Paul R. Cooper
                    Paul R. Cooper
                    COOPER & COOPER
                    12 Scott Street
                    montgomery, AL 36104
                    Phone: (334)262-4887
                    Fax:   (334)262-4880
                    E-mail: prc@cooperandcooperlaw.com
                    ASB-1152-R78P
```

## CERTIFICATE OF SERVICE

    I hereby certify that on the February 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. CLARK MORRIS, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF

participants: none.

                          Respectfully Submitted,

                          s/Paul R. Cooper
                          Paul R. Cooper
                          COOPER & COOPER
                          12 Scott Street
                          montgomery, AL 36104
                          Phone: (334)262-4887
                          Fax:   (334)262-4880
                          E-mail: prc@cooperandcooperlaw.com
                          ASB-1152-R78P